```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KARIM BROWN,

                Plaintiff,

  -against-

LARGO MANAGEMENT LLC d/b/a LARGO INVESTMENTS; and NISSIM BEN-NUN, individually and in his professional capacity,

                Defendants.
------------------------------------------------------------------X

Civil Action No.: 1:16-cv-8292

## MEMORANDUM ENDORSED

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Karim Brown ("Plaintiff") and defendants Largo Management LLC (incorrectly sued herein as Largo Management LLC d/b/a Largo Investments) and Nissim Ben-Nun (collectively, "Defendants") that the above-captioned action shall be dismissed in its entirety, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure. This Court shall retain exclusive and continuing jurisdiction to enforce the terms of any settlement of this action.

Dated: New York, New York
      January 4, 2017

THE OTTINGER FIRM, P.C.
*Attorney for Plaintiff*

By: _____
    Ari Graff, Esq.
401 Park Avenue South
New York, New York 10016
Telephone: (212) 571-2000
Email: *ari@ottingerlaw.com*

Dated: Garden City, New York
      January 4, 2017

MORITT HOCK & HAMROFF LLP
*Attorneys for Defendants*

By: _____
    A. Jonathan Trafimow, Esq.
    Kelly D. Schneid, Esq.
400 Garden City Plaza, Suite 202
Garden City, New York 11530
Telephone: (516) 873-2000
Facsimile: (516) 873-2010
Email: *jtrafimow@moritthock.com*
       *kschneid@moritthock.com*

For the reasons stated on the record during the hearing held on January 24, 2017, the Court finds the parties' proposed settlement to be fair and reasonable. Accordingly, the Court approves the parties' stipulated dismissal with prejudice pursuant to Rule 41(a)(2). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: January 24, 2017
New York, New York

                                  _____
                                  GREGORY H. WOODS
                                  United States District Judge